**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Papa ZHS LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Papa Johns** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-3407989** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**117 Kelly Ridge Road**<br>**New Kensington, PA 15068**<br>Number, Street, City, State & ZIP Code<br>**Allegheny**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**456 Shellbourne Drive**<br>**Pittsburgh, PA 15239**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**Various Locations in Western Pennsylvania (7 Stores)**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5812**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **Papa ZHS LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Papa ZHS LLC** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 9, 2026**
MM / DD / YYYY

X **/s/ Yasir Hussain**
Signature of authorized representative of debtor

**Yasir Hussain**
Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ David Z. Valencik**
Signature of attorney for debtor

Date **November 9, 2026**
MM / DD / YYYY

**David Z. Valencik**
Printed name

**Calaiaro Valencik**
Firm name

**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone **412-232-0930** Email address **dvalencik@c-vlaw.com**

**308361 PA**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Papa ZHS Cleveland LLC** | | | Relationship to you | **Affiliate (Common Ownership)** |
| District | **Western District of Pennsylvania** | When | **11/09/26** | Case number, if known | |
| Debtor | **ZHS Cranberry LLC** | | | Relationship to you | **Affiliate (Common Ownership)** |
| District | **Western District of Pennsylvania** | When | **11/09/26** | Case number, if known | |
| Debtor | **ZHS McKeesport LLC** | | | Relationship to you | **Affiliate (Common Ownership)** |
| District | **Western District of Pennsylvania** | When | **11/09/26** | Case number, if known | |
| Debtor | **ZHS Pittsburgh LLC** | | | Relationship to you | **Affiliate (Common Ownership)** |
| District | **Western District of Pennsylvania** | When | **11/09/26** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Papa ZHS LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amur Equimpment Finance<br>304 W. 3rd Street<br>Grand Island, NE 68801** | | **Equipment** | | | | **$86,859.00** |
| **Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339** | | **Equipment remodel** | | | | **$188,043.48** |
| **Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339** | | **Remodel Papa John** | | | | **$49,472.85** |
| **Ascentium Capital<br>P.O. Box 301593<br>Dallas, TX 75303** | | **AC/Air handeling** | | | | **$21,918.43** |
| **Baker and Young<br>7440 McKnight Rd.<br>Pittsburgh, PA 15237** | | **Rent store robinson** | | | | **$25,000.00** |
| **Balboa Capital<br>575 Anton Blvd.<br>12th Floor<br>Costa Mesa, CA 92626** | | **Equipment** | | | | **$59,249.95** |
| **Balboa Capital<br>575 Anton Blvd.<br>12th Floor<br>Costa Mesa, CA 92626** | | | | | | **$135,632.40** |
| **Bizcap<br>333 W Commercial Street, Suite 324<br>East Rochester, NY 14445** | | | | | | **$275,000.00** |
| **CBRE/Southside Works** | | **Rent Southside store** | | | | **$20,000.00** |

Debtor **Papa ZHS LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CFG<br>32 Old Slip, Suite 600<br>New York, NY 10005** | | **Working capital** | | | | **$270,000.00** |
| **Don** | | **Rent Latrobe store** | | | | **$15,000.00** |
| **Doordash<br>P.O. Box 735240<br>Dallas, TX 75373** | | **Services** | | | | **$37,992.42** |
| **Doordash<br>P.O. Box 735240<br>Dallas, TX 75373** | | **Services** | | | | **$32,493.61** |
| **Itria Ventures LLC<br>1000 N West St., Ste 1200<br>Wilmington, DE 19801** | | | | | | **$108,000.00** |
| **Itria Ventures LLC<br>1000 N West St., Ste 1200<br>Wilmington, DE 19801** | | | | | | **$498,000.00** |
| **Itria Ventures LLC<br>1000 N West St., Ste 1200<br>Wilmington, DE 19801** | | | | | | **$303,000.00** |
| **Joe Anthony<br>232 Market Street** | | **Rent store Greensburg** | | | | **$13,000.00** |
| **Preferred SBA** | | | | | | **$350,000.00** |
| **SBA IDL** | | | | | | **$461,614.21** |
| **Walnut Capital<br>attnL Jennfier** | | **Rent Oakland store** | | | | **$8,500.00** |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Papa ZHS LLC** Case No. ____
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Papa ZHS LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 9, 2026**
Date

**/s/ David Z. Valencik**
**David Z. Valencik**
Signature of Attorney or Litigant
Counsel for **Papa ZHS LLC**

**Calaiaro Valencik**
**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
**412-232-0930 Fax:412-232-3858**
**dvalencik@c-vlaw.com**