**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 26-23105-JCM |
| | ) |
| Papa ZHS LLC, *et al.*,[1] | ) **Chapter** 11 (Subchapter V) |
| | ) ***Joint Administration*** |
| **Debtors.** | ) |
| ______________________________ | ) |
| | ) |
| Papa ZHS LLC, *et al.*, | ) |
| | ) |
| **Movant,** | ) |
| **vs.** | ) |
| No Respondent(s). | ) **Document No.** |

**ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES AND TAXES**

**AND NOW**, this ______ day of ___________________, 2026, after consideration of the Debtors' *Expedited Motion for an Order Authorizing the Payment of Pre-Petition Wages and Employment Taxes* (the "Motion"), and to ensure the continuing operations of the Debtors, **IT IS ORDERED** as follows:

1. The Debtors are authorized to honor any outstanding pre-petition payroll obligations for wages that were earned pre-petition payable on November 13, 2026 or November 20, 2026.

2. The Debtors are authorized to make payroll on the designated payroll dates in the aggregate total payroll amounts comprising of gross wages, deductions, withholding taxes, and employer taxes for the pre-petition portion of employees' wages, according to the appropriate payroll reports.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number are: Papa ZHS LLC (7989); ZHS Pittsburgh LLC (1197); ZHS Cranberry LLC (1282); ZHS McKeesport LLC (2215); and Papa ZHS Cleveland LLC (6477). The lead Debtor's corporate address is 117 Kelly Ridge Road, New Kensington, PA 15068.

3. In connection with the pre-petition employee wages identified in Paragraph 2, the Debtors are authorized to pay their total payroll including taxes withheld, employee deductions, additions, and the employer's taxes and contributions.

4. The Debtors shall not pay a single employee an aggregate payment in excess of the statutory limitation of 11 U.S.C. § 507(a)(4).

5. Nothing herein shall be deemed to (a) authorize the payment of any amounts in satisfaction of bonus or severance obligations, or which are subject to Section 503(c) of the Bankruptcy Code; or (b) authorize the Debtors to cash out unpaid vacation/leave upon termination of an employee, unless applicable state law requires such payment.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**By the Court,**

______________________________

**John C. Melaragno, Judge**
**United States Bankruptcy Court**